JPME

FILED

08 MAR 20 AM 10: 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: '08 MJ 0870 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |
| Jeanette MEZA, Defendant, | ) | |

The undersigned complaint being duly sworn states:

On or about March 19, 2008, within the Southern District of California, Jeanette MEZA did knowingly and intentionally import approximately 20.45 kilograms of Marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20TH DAY OF March, 2008.

MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On March 19, 2008, at approximately 10:20 a.m., Jeanette MEZA entered the United States from the Republic of Mexico through the Otay Mesa, California, Port of Entry. MEZA was the driver of a 1999 Chrysler Sebring bearing no plates.

United States Customs and Border Protection Officer (CEO) Phillips was performing pre-primary roving operations with his assigned NDD and received a positive alert to the Chrysler Sebring.

United States Customs and Border Protection Officer (CBPO) Sanchez was performing pre-primary inspection duties when Jeanette MEZA attempted to enter the U.S.. MEZA told CBPO Sanchez that she was heading to the DMV to get the papers for her car, she was not bringing anything back from Mexico and she had owned the car for a month and a half.

In the Secondary Inspection lot, CBPO Orta assumed inspection of the vehicle at 10:25 a.m. CBPO Orta removed the rear seat and discovered several wrapped packages in a non factory compartment. CBPO Orta probed one of the packages revealing a green leafy substance which field tested positive for marijuana. CBPO Orta removed 22 packages from the compartment (20.45 kilograms)

On March 19, 2008, at approximately 12:55 p.m., S/A Lindung along with S/A Kiesel contacted MEZA and advised MEZA that marijuana had been found in her vehicle and that she was under arrest. In the presence of S/A Kiesel S/A Lindung advised MEZA of her constitutional rights per Miranda in the English language reading directly from a preprinted form. MEZA stated that she understood her rights and that she was willing to answer questions. MEZA then read and signed the waiver of rights form.

In substance, MEZA related that her girlfriend "Aracely" approached her about driving "stuff" across in her new car. On Tuesday morning MEZA drove her car to Aracely's house in Mexico. A man arrived in a white car and took MEZA's car. The man came back later that evening around 10:00 p.m. and gave MEZA her car back. MEZA drove to Caliente then went home around midnight. MEZA drove to the border around 9:00 a.m. on Wednesday morning. MEZA was told to cross at the Otay Mesa Port and go to the parking lot. She would be escorted to Palmdale, CA where she would leave the car and get paid. MEZA admitted that she knew there were drugs in the car and that she was to be paid $1000 to bring them into the U.S.

Jeanette MEZA was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.